LEWIS
v.
HENNEN.

---

### SAME CASE CONTINUED.

BUCHANAN, J.   By our judgment, rendered on the first motion to dismiss this appeal, it was ordered that the cause be continued until the first Monday of May instant, in order that the appellees be cited to answer the appeal.

No citation appears to have been issued, or returned, under this order.

Appeal dismissed, with costs.